# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Detroit)

In re: Joseph G. Contrera and Juliann Marie Contrera
Debtor

Case No. 13-56885
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage, LLC

**Last four digits** of any number you use to identify the debtor's account: 7626

**Court claim no.** (if known): 4

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | | (3) $ 0.00 |
| 4. Filing fees and court costs | 05-06-2014 | (4) $ 225.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |
| 11. Other. Specify: | | (11) $ 0.00 |
| 12. Other. Specify: | | (12) $ 0.00 |
| 13. Other. Specify: | | (13) $ 0.00 |
| 14. Other. Specify: | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the creditor.

☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Shanita Washington   Date  09/30/2014
Assistant Secretary
 (Filed by: Michael Daniels)

Specific Contact Information:            Nationstar Mortgage, LLC.
P: 877-782-7612                          PO Box 630267
shanita.washington@nationstarmail.com
                                         Irving, TX 75063

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan (Detroit)

Chapter 13 No. 13-56885

In re:  Judge: Judge Phillip J Shefferly

Joseph G. Contrera and Juliann Marie Contrera

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | Joseph G. Contrera<br>Juliann Marie Contrera<br>19900 Wallace<br>Roseville, MI 48066 |
| Debtor's Attorney: | Martin P. Krall, Jr.<br>42500 Hayes Road<br>Suite 100<br>Clinton Township, MI 48038 |
| Trustee: | David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 |

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

13-56885-pjs    Doc 58    Filed 09/30/14    Entered 09/30/14 15:46:53    Page 3 of 3

978476-f4af1620-d453-47ec-971e-99bd3efae46b-